IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| JOHN BERNARD, WILLIAM BERNARD, PAMELA MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>BNY MELLON, N.A.,<br><br>Defendant. | 2:18-CV-00783-RJC-CRE |

## **ORDER**

AND NOW, this 20th day of February, 2020,

IT IS HEREBY ORDERED that the parties shall submit a joint proposed amended case management order, including a deadline to submit an amended ADR Stipulation and to complete ADR by **February 28, 2020.**

By the Court:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge