IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| JOHN BERNARD, WILLIAM BERNARD, PAMELA MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>BNY MELLON, N.A.,<br><br>Defendant, | 2:18-CV-00783-RJC |

## **ORDER**

WHEREAS, following Plaintiffs' request for production of the trust files for the named Plaintiffs' trusts, BNY Mellon in its capacity as trustee provided notice to the beneficiaries of the Finkenauer and Van Valzah trusts;

WHEREAS, BNY Mellon received no objections from the beneficiaries of the Finkenauer trust and the Court ordered BNY Mellon to produce the Finkenauer trust file;

WHEREAS, BNY Mellon received certain objections from beneficiaries of the Van Valzah trust, and brought those objections to the Court's attention;

WHEREAS, the Court issued an Order on January 21, 2020 (Dkt. No. 94) directing the unnamed beneficiaries of the Van Valzah trust to show cause by February 11, 2020, as to why the current Protective Order is not sufficient to protect their confidentiality interests;

WHEREAS, the Court has not received any responses or objections from the unnamed beneficiaries of the Van Valzah trust;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that BNY Mellon shall produce the Van Valzah trust file as "Confidential" under the Protective Order entered in this case (Dkt. No. 43).

DATED this 12th day of March, 2020.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge